UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2593 RHK/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| v. | ) | **ORDER OF JUDGMENT** |
| TODD STAUFFENECKER, Defendant . | ) | |

IT IS HEREBY ORDERED that a judgment in the principal amount of $4,122.79, plus interest to June 26, 2000 in the amount of $1,727.85, together with additional prejudgment interest at the rate of eight percent (8%) per annum from June 26, 2000, plus $150.00 for costs pursuant to 28 U.S.C. 2412, plus postjudgment interest at the legal rate from the date of this Judgment until paid in full, less payment of $1,200.00 applied first to interest then principle shall be immediately entered in favor of the United States of America and against defendant, Todd Stauffenecker.

LET JUDGMENT BE ENTERED ACCORDINGLY.

5/29/01

Judge
United States District Court

FILED MAY 24 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD MAY 24 2001
DEPUTY CLERK