# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States of America

v.

Todd Stauffenecker

Case No. Civil 00-2593 RHK/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment in the principal amount of $4,122.79 plus interest to 626/00 in the amount of $1,727.85 together with additional prejudgment interest at the rate of 8 percent per annum from 6/26/00 plus $150.00 for costs pursuant to 28 U.S.C. 2412, plus postjudgment interest at the legal rate from the date of this judgment until paid in full, less payment of $1,200.00 applied first to interest then principle shall be immediately entered in favor of the USA and against defendant Todd Stauffenecker.

DATE: May 24, 2001

FRANCIS E. DOSAL, CLERK

Mary Kaye Conery

Mary Kaye Conery, Deputy Clerk