UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-2593 RHK/RLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>TODD STAUFFENECKER,<br>Defendant,<br>SAINT CLOUD TRUCK SALES,<br>Garnishee. | **GARNISHMENT ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee. The garnishee indicates that the defendant is no longer an employee.

THEREFORE, IT IS ORDERED, that the Writ of Garnishment served on October 10, 2003, is hereby released.

Dated: 11/20/03

Raymond L. Erickson
Magistrate Judge
United States District Court

16

FILED NOV 2 0 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK